1
2
3
4
5
6
7
8        UNITED STATES DISTRICT COURT
9        CENTRAL DISTRICT OF CALIFORNIA
10

11  **Orlando Garcia**,                    Case 2:19-CV-00273-JAK-GJS

12        Plaintiff,                      [proposed] **Order**
                                          (Defaulting Defendants)
13     v.

14  **Beverly Corner, LLC**, a California
    Limited Liability Company;
15  **Florence Corner Oil Corp.**, a
    California Corporation;
16  and Does 1-10,

17        Defendants.

18
19
20
21
22
23
24
25
26
27
28

Upon review of the court files, the application for default judgment, the declarations submitted in support of the default judgment, and the evidence presented having been fully considered, it is hereby ordered and adjudged that plaintiff Orlando Garcia shall have JUDGMENT in his favor in the amount of $9,355.00 against defendants Beverly Corner, LLC and Florence Corner Oil Corp.

Additionally, defendants Beverly Corner, LLC and Florence Corner Oil Corp., are ordered to provide accessible paths of travel in and throughout the merchandise aisles and an accessible transaction counter at the property located at 8901 Atlantic Avenue, South Gate, California, in compliance with the Americans with Disabilities Act Accessibility Standards.

Dated: _____   By:_____
United States District Judge

*Presented by*:
Dennis Price, Esq.
858-375-7385
dennisp@potterhandy.com
Attorney for Plaintiff