CENTER FOR DISABILITY ACCESS
Dennis Price, Esq., SBN 279082
Ray Ballister, Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
dennisp@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Orlando Garcia**,<br><br>    Plaintiff,<br><br>    v.<br><br>**Beverly Corner, LLC**, a California Limited Liability Company;<br>**Florence Corner Oil Corp.**, a California Corporation;<br>and Does 1-10,<br><br>    Defendants. | Case 2:19-CV-00273-JAK-GJS<br><br>**Plaintiff's Notice of Lodging of Proposed Judgment** |

    To Defendants Beverly Corner, LLC and Florence Corner Oil Corp., please take notice that plaintiff Garcia now lodges the proposed judgment as directed by the court. A copy is attached.

Dated: May 21, 2019            CENTER FOR DISABILITY ACCESS

                                         By: */s/ Dennis Price*
                                         Dennis Price, Esq.
                                         Attorney for Plaintiff