UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA, | Case 2:19-CV-00273-JAK-GJS |
| Plaintiff, | **JUDGMENT** |
| v. | **JS-6** |
| BEVERLY CORNER, LLC, a California Limited Liability Company; FLORENCE CORNER OIL CORP., a California Corporation; and Does 1-10, | |
| Defendants. | |

The Motion for Default Judgment brought by Plaintiff Orlando Garcia (Dkt. 16) was considered and granted. Dkt. 19. Therefore, this Judgment is now entered against Defendants Beverly Corner, LLC and Florence Corner Oil Corp. ("Defendants") as follows:

1.  Defendants shall provide accessible paths of travel in and throughout the merchandise aisles, and an accessible transaction counter, at the property located at 8901 Atlantic Avenue, South Gate, California, in compliance with the Americans with Disabilities Act Accessibility Standards;

2.  Defendants shall pay $4000 in damages; and

3.  Defendants Beverly Corner, LLC and Florence Corner Oil Corp., shall pay to Plaintiff $3000 in attorney's fees and $645 in costs.

IT IS SO ORDERED.

Dated: June 17, 2019

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE