**WHEN RECORDED MAIL TO:**

Center For Disability Access
Dennis Price, ESQ., SBN 279082
Mail: PO Box 262490, San Diego, CA 92196-2490
9845 Erma Road, Suite 300, San Diego, CA 92131
(858) 375-7385; Fax (888) 422-5191

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Orlando Garcia,

      PLAINTIFF(S),

v.

Beverly Corner, LLC, et al.,

      DEFENDANT(S).

CASE NUMBER: CV 2:19-cv-00273-JAK-GJS**x**

**ABSTRACT OF JUDGMENT/ORDER**

I certify that in the above-entitled action and Court, Judgment/Order was entered on **6/18/19**
in favor of **Orlando Garcia**
whose address is **C/O Dennis Price, 9845 Erma Road, Suite 300, San Diego, CA 92131**
and against **Beverly Corner, LLC and Florence Corner Oil Corp.**
whose last known address is **8901 Atlantic Avenue, South Gate, California**
for $ **4000.00** Principal, $ **0** Interest, $ **645.00** Costs,
and $ **3000.00** Attorney Fees.

ATTESTED this **23rd** day of **JULY**, 20**19**.

Judgment debtor's driver's license no. and state; _____ (last 4 digits) ☑ Unknown.
Judgment debtor's Social Security number; _____ (last 4 digits) ☑ Unknown.
☑ No stay of enforcement ordered by Court
☐ Stay of enforcement ordered by Court, stay date ends _____

Judgment debtor's attorney's name and address and/or address at which summons was served:

9448 WPICO Blvd Los Angeles, CA 90035

CLERK, U.S. DISTRICT COURT

By _____ Deputy Clerk

ORIGINAL

NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.

G-18 (03/12)      ABSTRACT OF JUDGMENT/ORDER

# PROOF OF SERVICE

### Garcia v. Beverly Corner, LLC
### Case # 2:19-CV-00273-JAK-GJS

I, the undersigned, am over the age of eighteen years. I am not a party to the above-entitled action; my business address is 9845 Erma Road, Suite 300, San Diego, California 92131

On July 19, 2019 I served the following document(s):

**Abstract of Judgment**

Addressed to:

| Beverly Corner, LLC, a California Limited Liability Company<br>c/o Ben B Kohanteb<br>9448 W Pico Blvd<br>Los Angeles CA 90035 | Florence Corner Oil Corp., a California Corporation<br>c/o Ben B Kohanteb<br>9448 W Pico Blvd<br>Los Angeles CA 90035 |
|---|---|

☑ **BY MAIL:** I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at San Diego, California.

☐ **BY FACSIMILE:** In addition to the service by mail as set forth above, I forwarded a copy of said documents via facsimile to the listed facsimile number.

☐ **BY OVERNITE EXPRESS:** I caused such envelope with postage thereon fully prepaid to be placed in the Designated Overnite Express drop box at San Diego, California.

☐ **BY PERSONAL SERVICE:** I caused said documents to be personally served on all listed recipients via Diversified Legal Services.

☐ **BY ELECTRONIC MAIL TRANSMISSION:** via the United States District Court, Central District of California's CM/ECF system. I caused the listed documents to be electronically filed and subsequently emailed to the recipient(s).

Executed on July 19, 2019, from San Diego, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*/s/ Kayla Drayton*

Kayla Drayton

PROOF OF SERVICE